IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BAY MACHINERY SERVICES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:08cv00368 SWW |
| | * | |
| | * | |
| CODAN FORSIKRING A/S, | * | |
| | * | |
| Defendant. | * | |

ORDER

Before the Court is a motion [doc.#34] of plaintiff Bay Machinery Services, Inc. ("Bay Machinery") to compel defendant Codan Forsikring A/S's ("Codan Forsikring") responses to Interrogatories and Request for Production of Documents. Codan Forsikring has not responded to Bay Machinery's motion and the time for doing so has passed. Accordingly, there being no objection, the Court grants Bay Machinery's motion to compel and orders that within ten (10) days of the date of entry of this Order, Codan Forsikring fully respond to Bay Machinery's Interrogatories and Request for Production of Documents. Failure to comply with this Order will result in sanctions. *See* Fed.R.Civ.P. 37.

IT IS SO ORDERED this 23rd day of April 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE