IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BAY MACHINERY SERVICES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:08cv00368 SWW |
| | * | |
| | * | |
| CODAN FORSIKRING A/S., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| CODAN FORSIKRING A/S., | * | |
| | * | |
| Counter Claimant | * | |
| vs. | * | |
| | * | |
| | * | |
| BAY MACHINERY SERVICES, INC., | * | |
| | * | |
| Counter Defendant | * | |

_____

| | | |
|---|---|---|
| CODAN FORSIKRING, A/S., | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:09cv00246 SWW |
| | * | |
| | * | |
| ATS LOGISTICS SERVICES, INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

As the above-styled case is now consolidated (Case No. 4:08cv00368 SWW being the lead case) and the scheduling orders vacated, the Court will issue an Initial Scheduling Order in

due course to be followed by a Final Scheduling Order.[1]

IT IS SO ORDERED this 17th day of July 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Accordingly, any dates for conducting a Rule 26(f) conference are vacated; a new date will be established in the soon-to-be entered Initial Scheduling Order.