IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BAY MACHINERY SERVICES, INC.,      *
                                                     *
                  Plaintiff,            *
vs.                                    *        No. 4:08cv00368 SWW
                                                       *
                                                     *
CODAN FORSIKRING A/S.,             *
                                                     *
                  Defendant.        *
                                                     *
                                                     *
CODAN FORSIKRING A/S.,             *
                                                     *
                  Counter Claimant      *
vs.                                    *
                                                     *
BAY MACHINERY SERVICES, INC.,      *
                                                   *
                  Counter Defendant     *

_____

CODAN FORSIKRING, A/S.,            *
                                                   *
                  Plaintiff,            *
vs.                                    *        No. 4:09cv00246 SWW
                                                       *
                                                     *
ATS LOGISTICS SERVICES, INC.,       *
                                                   *
                  Defendant.        *

## ORDER

      The motion [doc.#18] of defendant ATS Logistics Services, Inc., to extend the discovery

deadline is hereby granted.  As no length of time or date certain is suggested, the Court will

arbitrarily extend the discovery deadline to and including October 15, 2010.  Although not

requested by the parties, the Court, in consideration of the new discovery deadline, will extend the motions deadline to and including October 29, 2010.[1]

The Court notes that the motion of ATS Logistics Services, Inc. to extend the discovery deadline was filed in Case No. 4:09cv246 SWW.  However, that case was long ago consolidated with Case No. 4:08cv00368 SWW, which is the lead case.  The Court directs that future pleadings be filed in Case No. 4:08cv00368 SWW, the lead case.


IT IS SO ORDERED this 20th day of August 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The parties are not precluded from seeking additional time in which to conduct discovery should they deem the two-month extension that is today granted insufficient, although further extensions may affect the scheduled trial date and/or rulings on any complex motions.