IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BAY MACHINERY SERVICES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:08cv00368 SWW |
| | * | |
| | * | |
| CODAN FORSIKRING A/S., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| CODAN FORSIKRING A/S., | * | |
| | * | |
| Counter Claimant | * | |
| vs. | * | |
| | * | |
| | * | |
| BAY MACHINERY SERVICES, INC., | * | |
| | * | |
| Counter Defendant | * | |

_____

| | | |
|---|---|---|
| CODAN FORSIKRING, A/S., | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:09cv00246 SWW |
| | * | |
| | * | |
| ATS LOGISTICS SERVICES, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

Without objection, the motion [doc.#64] of defendant ATS Logistics Services, Inc., to extend the discovery and dispositive motions deadline is hereby granted. The discovery deadline is hereby extended to and including November 3, 2010, and the dispositive motions deadline is

hereby extended to and including November 11, 2010.

        IT IS SO ORDERED this 17th day of September 2010.

        /s/Susan Webber Wright

        UNITED STATES DISTRICT JUDGE