IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BAY MACHINERY SERVICES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:08cv00368 SWW |
| | * | |
| CODAN FORSIKRING A/S., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| CODAN FORSIKRING A/S., | * | |
| | * | |
| Counter Claimant | * | |
| vs. | * | |
| | * | |
| BAY MACHINERY SERVICES, INC., | * | |
| | * | |
| Counter Defendant | * | |

_____

| | | |
|---|---|---|
| CODAN FORSIKRING, A/S., | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:09cv00246 SWW |
| | * | |
| ATS LOGISTICS SERVICES, INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

The parties may disregard the provision in the Final Scheduling Order [doc.#52] that

urges the parties to include in their trial briefs and proposed Findings of Fact and Conclusions of

Law electronic links to citations.

        IT IS SO ORDERED this 10th day of December 2010.

                /s/Susan Webber Wright

                UNITED STATES DISTRICT JUDGE