IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BAY MACHINERY SERVICES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:08cv00368 SWW |
| | * | |
| CODAN FORSIKRING A/S, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| CODAN FORSIKRING A/S, | * | |
| | * | |
| Counter-Claimant | * | |
| vs. | * | |
| | * | |
| BAY MACHINERY SERVICES, INC., | * | |
| | * | |
| Counter-Defendant | * | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| CODAN FORSIKRING, A/S, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:09cv00246 SWW |
| | * | |
| ATS LOGISTICS SERVICES, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

The time for filing the Stipulation of Agreed Facts, Trial Briefs, and Proposed Findings of Fact and Conclusions of Law is hereby extended to and including January 10, 2011. The time for submitting the Trial Witness List and Exhibit List remains as scheduled, *i.e.* no later than 7 calendar days prior to trial.

IT IS SO ORDERED this 4th day of January 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE