IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BAY MACHINERY SERVICES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:08cv00368 SWW |
| | * | |
| CODAN FORSIKRING A/S, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| CODAN FORSIKRING A/S, | * | |
| | * | |
| Counter-Plaintiff, | * | |
| vs. | * | |
| | * | |
| BAY MACHINERY SERVICES, INC., | * | |
| | * | |
| Counter-Defendant. | * | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| CODAN FORSIKRING, A/S, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:09cv00246 SWW |
| | * | |
| ATS LOGISTICS SERVICES, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

The time for Bay Machinery Services, Inc. and ATS Logistics Services, Inc. to file a response to the motion [doc.#121] by Codan Forsikring A/S to fix the amount of prejudgment interest recoverable on the principal amount awarded is hereby extended to and including March

28, 2011.

IT IS SO ORDERED this 18th day of March 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE